IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| MELVIN AVON THOMAS | : | |
| Petitioner | : | |
| v | : | Civil Action No. WDQ-08-898 |
| | | (Related Crim. Case WDQ-95-175) |
| UNITED STATES OF AMERICA | : | |
| Respondent | : | |

. . . . .o0o. . . . .

**ORDER**

The above-captioned Motion to Vacate pursuant to 28 U.S.C. § 2255 was filed on April 8, 2008. ( Paper No. 63).  Petitioner seeks review of his 235-month sentence imposed by this Court on February 26, 1997. *Id.*

The instant Motion to Vacate is successive.  The first Motion to Vacate was filed on September 16, 1998,  (Paper No. 42), and denied by this Court on September 17, 1998. (Papers No. 43 and 44).   A second Motion to Vacate was filed on March 17, 2003.  (Paper No. 55). That motion was dismissed as successive on April 2, 2003.  (Papers No. 56 and 57).   On August 18, 2003, the Fourth Circuit Court of Appeals denied Petitioner's motion for authorization to file a successive application for relief.  (Paper No. 62)

Under 28 U.S.C. §2255:

> A second or successive motion must be certified  as provided in section 2244 by a panel of the appropriate court of appeals to contain–(1) newly discovered evidence that, if proven and viewed in light of the evidence as a whole, would be sufficient to establish by clear and convincing evidence that no reasonable factfinder would have found the movant guilty of the offense; or (2) a new rule of constitutional law, made retroactive to cases on collateral review by the Supreme Court, that was previously unavailable.

Petitioner has not received the proper certification from the Fourth Circuit Court of

Appeals. Consequently, this Court may not consider the merits of his claim unless and until he receives the certification.

The United States Court of Appeals for the Fourth Circuit has set forth instructions for the filing of a motion to obtain the aforementioned authorization Order. The procedural requirements and deadlines for filing the motion are extensive. Consequently, this Court has attached hereto a packet of instructions promulgated by the Fourth Circuit which addresses the comprehensive procedure to be followed should Petitioner wish to seek authorization to file a successive petition with the appellate court. It is to be emphasized that Petitioner must file his pleading with the Fourth Circuit Court of Appeals and obtain authorization to file his successive petition before this Court may examine his claims.

Petitioner's Motion for Copy Work requests that copies of the Motion to Vacate be provided to the United States Attorney's office. (Paper No. 49). His Motion for Summary Judgment seeks judgment in his favor on the Motion to Vacate. (Paper No. 50). Because the merits of the Motion to Vacate may not be considered by this Court at this time, both motions shall be denied.

For the reasons set forth herein, this Court is without jurisdiction to review the instant Motion to Vacate. Accordingly, IT IS this 18th day of April, 2008, by the United States District Court for the District of Maryland hereby ORDERED that:

1. Petitioner's Motion to Vacate pursuant to 28 U.S.C. § 2255 IS DISMISSED without prejudice;

2. Petitioner's Motion for Copy Work (Paper No. 49) and Motion for Summary Judgment (Paper No. 50) ARE DENIED;

3. The Clerk IS DIRECTED to MAIL a copy of the foregoing Order and a copy of

      the instructions and form packet for filing a motion under 28 U.S.C. § 2244 (authorization of District Court to consider second or successive application for relief) to Petitioner; and

4.     The Clerk IS FURTHER DIRECTED to CLOSE this file.

                                                      /s/
                                      William D. Quarles, Jr.
                                      United States District Judge